STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Hon. Lynette Young Feucht
Attorney At Law
440 North Second Street
Eunice LA 70535-0391

**REHEARING ACTION: May 29, 2013**

**Docket Number: 12   01340-CA**

**KERI MCGEE CORMIER
VERSUS
BRANDON LEE CORMIER**

**Appealed from Evangeline Parish Case No. 66495**

**BEFORE JUDGES:**

**Hon. Sylvia R. Cooks
Hon. James T. Genovese
Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Brandon Lee Cormier** has this day been

**DENIED.**
Genovese, J., would grant the rehearing.

cc: Keri McGee Cormier, In Proper Person